JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KORS, | ) Case No. CV 15-09429-DTB |
|                 Plaintiff, | ) |
| | ) **J U D G M E N T** |
|         vs. | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
|                 Defendant. | ) |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.


DATED: May 31, 2017

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1